**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6497

RAYMOND LEE SIDES,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA; J. R. HUNT, JR.,

Defendants - Appellees,

and

FRANK MULLINS, Head Nurse; CHARLES W. STEWART,
Dr.; THOMAS KILLINS, Officer,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-00-116-5-BO)

Submitted: July 27, 2000        Decided: August 4, 2000

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Raymond Lee Sides, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raymond Lee Sides appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint against two Defendants, but allowing it to proceed against the remaining Defendants. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. See Robinson v. Parke-Davis & Co., 685 F.2d 912, 913 (4th Cir. 1982).

We therefore dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2